■ In the Matter of STATE TAX COMMISSION, Respondent, v BROOKLYN PROPERTY CLERK OF THE NEW YORK CITY POLICE DEPARTMENT, Respondent-Interpleading Petitioner, and UNITED STATES OF AMERICA, Interpleaded Respondent-Appellant, et al., Interpleaded Respondent. — Judgment of the Supreme Court, Kings County (Morton, J.), dated June 3, 1980, affirmed, without costs or disbursements (see *United States v Fleming,* 474 F Supp 904;

see, also, *Matter of State Tax Comm. v Rothenberg,* 166 Misc 690; L 1962, ch 1011; L 1938, ch 158, § 3; memorandum of State Dept of Taxation & Fin, NY Legis Ann, 1962, p 241). Mollen, P. J., Weinstein, Gulotta and Thompson, JJ., concur.